THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 20, 2013



Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Katy Reyes, | Chapter 13 Bankruptcy |
|---|---|
| Debtor | Case No. 11-31737-svk |

**ORDER ON TRUSTEE'S MOTION TO DISMISS**

At the hearing held on August 19, 2013, on the Trustee's Motion to Dismiss this case, based on the representations made on the record, the Court approved the withdrawal of the Trustee's Motion upon the following terms and conditions:

1. The Debtor shall provide copies of federal and state tax returns for the year(s) 2011 and 2012 to the Chapter 13 Trustee on or before September 20, 2013.

2. The Debtor shall pay to the Office of the Chapter 13 Trustee one-half of the net 2011 and 2012 tax refunds received by the Debtor, if any, or file an amended plan to provide for those refunds, on or before September 27, 2013.

3. Should the Debtor fail to provide copies of federal and state tax returns for the year(s) 2011 and 2012 on or before September 20, 2013, or fail to pay one-half of the net refunds to the Trustee for the year(s) 2011 and 2012, or file an amended plan to provide for those refunds, on or before September 27, 2013, as provided above, the Trustee may submit an Affidavit of Default and an Order Dismissing Case without further notice or hearing.

4. Thereafter, if there is any subsequent plan default, the Trustee may renew the Motion to Dismiss by letter to the court.

#####

Prepared by:
Jack N. Zaharopoulos, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344